IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 6:20-cv-188 |
| Plaintiff, | | **JURY TRIAL DEMANDED** |
| v. | | |
| HUAWEI INVESTMENT & HOLDING CO., LTD., HUAWEI TECHNOLOGIES CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI DEVICE CO. LTD. (f/k/a HUAWEI DEVICE (DONGGUAN) CO.), HUAWEI DEVICE (SHENZHEN) CO., LTD. (f/k/a HUAWEI DEVICE CO., LTD.), HUAWEI DEVICE USA, INC. | | |
| Defendants. | | |

**PLAINTIFFS' RULE 41(a)(1)(A)(i) NOTICE OF**
**<u>DISMISSAL WITHOUT PREJUDICE</u>**

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff in the above-captioned action give notice that Defendants are voluntarily dismissed without prejudice. Defendants have not filed an answer or a motion for summary judgment in this matter.

Dated: June 17, 2020    Respectfully submitted,

<u>/s/ Ryan S. Loveless</u>
James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Travis L. Richins
Texas State Bar No. 24061296

ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092

        Telephone: (817) 470-7249
        Facsimile: (817) 887-5950


Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Travis@EtheridgeLaw.com

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system on June 17, 2020.

        */s/ Ryan S. Loveless*
        Ryan S. Loveless